IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 11-cv-01877-MSK-MEH | Date:   August 8, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

S. JAWN ROSS and                                                                William Slamkowski
S. JAWN ROSS, PC,

     Plaintiffs,

vs.

JOHN AND JANE DOES 1-5,                                                 (No appearance)

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     1:51 p.m.

Court calls case.  Appearance of counsel.  Plaintiff is present.

Discussion regarding Plaintiffs' Motion for Expedited Order Authorizing Discovery (Doc. #2, filed 7/19/11).

**ORDERED:**   For reason stated on the record, Plaintiffs' Motion for Expedited Order Authorizing Discovery (Doc. #2, filed 7/19/11) is GRANTED.

The Court will issue a separate written order.

**Court in recess:**       1:57 p.m.  **(Hearing concluded)**
**Total time in court:**   0:06