IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01877-MSK-MEH

S. JAWN ROSS, and
S. JAWN ROSS, PC,

      Plaintiffs,

v.

JOHN AND JANE DOES 1-5,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 7, 2011.**

      Plaintiffs' Combined Motion to (1) Vacate and Reset Scheduling Conference and (2) Motion for Leave to Serve Additional Subpoenas [filed October 6, 2011; docket #22] is **granted in part** as to their first request; the Court will reserve judgment on the Plaintiffs' second request. The Scheduling Conference currently set for October 13, 2011 is **converted** to a Status Conference at which the Plaintiffs shall be prepared to discuss their second request as stated in the motion.