IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-01877-MSK-MEH | Date:   October 13, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

S. JAWN ROSS and                                                              William Slamkowski
S. JAWN ROSS, PC,

      Plaintiffs,

vs.

JOHN AND JANE DOES 1-5,                                                   (No appearance)

      Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

**Court in session:**   **9:53 a.m.**

Court calls case.  Appearance of counsel.

Discussion regarding the status of the case.  Mr. Slamkowski requests leave to serve an additional five (5) subpoenas.

**ORDERED:** For reason stated on the record, Plaintiffs' Combined Motion to 1) Vacate and Reset Scheduling Conference and 2) Motion for Leave to Serve Additional Subpoenas (Doc. 22, filed 10/6/11) is GRANTED.

- The Scheduling Conference is reset for **November 17, 2011, at 9:45 a.m.** (Counsel for the parties in this case are to hold a pre-scheduling conference meeting and jointly prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) on or before **October 27, 2011**. Pursuant to Fed. R. Civ. P. 26(d), no discovery shall be submitted until after the pre-scheduling conference meeting, unless otherwise ordered or directed by the Court.
The parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures V.L., **no later than five (5) business days** prior to the scheduling conference.  **The proposed Scheduling Order is also to be submitted in a useable format (i.e., Word or WordPerfect only) by email to Magistrate Judge Hegarty at** *Hegarty_Chambers@cod.uscourts.gov*.

> **The parties shall prepare the proposed Scheduling Order in accordance with the form which may be downloaded from the Standardized Order Forms section of the Court's website, found at [http://www.cod.uscourts.gov/Forms.aspx.](http://www.cod.uscourts.gov/Forms.aspx)**  All Scheduling Conferences held before a Magistrate Judge utilize the same scheduling order format, regardless of the District Judge assigned to the case.)

- The Court authorizes the issuance of five (5) additional subpoenas, for the purpose of obtaining the identity of the individuals posting allegedly defamatory statements on the internet regarding Plaintiffs.

**Court in recess:**     **9:58 a.m.  (Hearing concluded)**
**Total time in court:**  0:05