IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01877-MSK-MEH

S. JAWN ROSS, and
S. JAWN ROSS, PC,

    Plaintiffs,

v.

JULIA YAGER,
RYAN YAGER, and
JOHN AND JANE DOES 1-5,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 31, 2012.**

    Defendants' Motion to Compel Disclosures and Responses to Discovery Pursuant to Fed. R. Civ. P. Rule 37 [filed August 30, 2012; docket #59] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A. The Court reminds the parties that it "will not consider *any motion*, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel. " D.C. Colo. LCivR 7.1A (emphasis added). It is the responsibility of the moving party to "state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule..." *Id.* Defendants' motion contains no such certificate, nor any other indication that counsel for Defendants attempted to confer with counsel for Plaintiffs prior to seeking relief from the Court.